IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT MCGUIRE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NUMBER: 1:11-cv-1718-SCJ |
| | ) |
| CENTRAL TRANSPORT, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER APPROVING SETTLEMENT

This Cause arose before the Court on the stipulation of settlement reached between the parties to this action. This claim arose pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* and, therefore, requires court approval. As the Eleventh Circuit Court of Appeals explained in *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982):

> [t]here are only two ways in which back wage claims arising under the FLSA can be settled or compromised by employees. First, under section 216(c), the Secretary of Labor is authorized to supervise payment to employees of unpaid wages owed to them . . . . The only other route for compromise of FLSA claims is provided in the context of suits brought directly by employees against the employer under section 216(b) to recover back wages for FLSA violations. When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment scrutinizing the settlement for fairness.

This Court, being fully advised in the premises, hereby approves the settlement of plaintiff's wage and hour claim as outlined in the Renewed Joint Motion for Approval of Settlement Agreement and attached Settlement Agreement and General Release submitted by the parties, and dismisses the action with prejudice.

The Court retains jurisdiction to enforce the settlement agreement through entry of a judgment if payment of the gross amount stated in the Settlement Agreement and General Release (from which taxes and other legally required deductions will be taken) are not made within 30 days of the date of this Order.

DONE and ORDERED in the Chambers of the United Stated District Courthouse for the Northern District of Georgia this ___ day of _____, 2012.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE